IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

STEPHANIE J. HARRIS                                                                                     PLAINTIFF

VS.                                                                         CIVIL ACTION NO. 3:05CV607-HTW-JCS

ORCHARD CARE, INC. D/B/A
THE ARBOR AND JOHN DOES 1-5                                                              DEFENDANTS

## JUDGMENT OF DISMISSAL

THIS CAUSE came on for hearing on the joint motion *ore tenus* of the parties to dismiss this civil action. The Court being of the opinion that the motion should be granted, it is

ORDERED AND ADJUDGED, that this civil action be, and it hereby is, dismissed, with prejudice with each party to bear its or their own costs and attorney fees.

SO ORDERED, this the 31st day of May, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

   s/ Ramel L. Cotton   

**RAMEL L. COTTON, ESQ.**

**Attorney for Plaintiff Stephanie J. Harris**


   s/ Walter J. Brand   

**WALTER J. BRAND, ESQ.**

**Attorney for Defendant Orchard Care, Inc.**